**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and, INTELLECTUAL VENTURES II LLC,  *Plaintiffs,*<br><br>v.<br><br>VOLVO CAR CORPORATION, VOLVO CARS OF NORTH AMERICA, LLC, and VOLVO CAR USA LLC,  *Defendants.* | Civil Action No. 6:23-cv-00429-ADA |

### ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER

Before the Court is the Joint Stipulation to Amend Scheduling Order by Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV") and Defendants Volvo Car Corporation ("VCC"), Volvo Cars of North America, LLC ("VCNA"), and Volvo Car USA LLC ("VCUSA") (collectively, "Volvo"). In light of the Joint Stipulation, the Court grants and set forth the following:

| New Deadline | Item |
|---|---|
| 5/24/2024 | **Markman Hearing** at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| 5/25/2024 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| 7/5/2024 | Deadline to add parties. |
| 7/19/2024 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 8/2/2024 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| 6/27/2024 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |

| | |
|---|---|
| 11/18/2024 | Close of Fact Discovery |
| 11/25/2024 | Opening Expert Reports |
| 12/19/2024 | Rebuttal Expert Reports |
| 1/20/2025 | Close of Expert Discovery |
| 1/27/2025 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. |
| 2/3/2025 | Dispositive motion deadline and Daubert motion deadline. See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 2/10/2025 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 2/24/2025 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 3/10/2025 | Serve objections to rebuttal disclosures and **File** Motions *in-limine*. |
| 3/17/2025 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 3/17/2025 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3/24/2025 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 2/17/2025 | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| 3/31/2025 | **Final Pretrial Conference**. The Court expects to set this date at the conclusion of the Markman Hearing. |
| 4/14/2025 | **Jury Selection/Trial**. The Court expects to set this date at the conclusion of the *Markman* Hearing. |